UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 06351
    PHILLIP DUNCAN PROCTOR
    THERESA ANN PROCTOR                     CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-7433      SSN XXX-XX-6865
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/01/06 and confirmed on 08/25/06.

2. The case was dismissed after confirmation, 09/14/2007.

3. The Debtor paid a total of $ 30410.32 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | 23157.92 | .00 | 23157.92 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 5716.43 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED | 6450.00 | 579.62 | 966.65 |
| WELLS FARGO FINANCIAL AC | SECURED | 14748.97 | 1327.39 | 2170.00 |
| CAPITAL ONE BANK | UNSECURED | 913.21 | .00 | .00 |
| B LINE LLC | UNSECURED | 614.03 | .00 | .00 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE SANITARY DIS | UNSECURED | .00 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 379.78 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 5127.84 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 50073.32 | .00 | 7034.86 | .00 | 57108.18 |
| PRINCIPAL PAID | 26294.57 | .00 | .00 | .00 | 26294.57 |
| INTEREST PAID | 1907.01 | .00 | .00 | .00 | 1907.01 |
| TOTAL PAID | 28201.58 | .00 | .00 | .00 | 28201.58 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $  3000.00 and was paid $  1500.00  direct and $    .00  through the plan.

The Trustee received $   1101.22 .

Refunds to the Debtor totaled $   1107.52 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/18/07                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```